J. Mark Ogden, AZ Bar No. 017018
R. Shawn Oller, AZ Bar No. 019233
Kristin R. Culbertson, AZ Bar No. 020801
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone:   602.474.3600
Facsimile:   602.957.1801
E-mail:   mogden@littler.com
          soller@littler.com
          kculbertson@littler.com

Attorneys for Defendant BAE Systems

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>            Plaintiff,<br><br>v.<br><br>Southwest Technical Solutions, Inc. and BAE Systems Simula, Inc.,<br><br>            Defendants. | Case No. CV07-1656 PHX-ECV<br><br>**STIPULATION TO DISMISS INTERVENOR'S COMPLAINT** |

The parties hereby stipulate that the Intervenor's Complaint in the above-entitled matter may be dismissed with prejudice in its entirety, each party to bear its own attorneys' fees and costs.

DATED this 29th day of July, 2009.

_Laura Box (with permission)_
Laura Box
Intervenor

/s/ *Kristin R. Culbertson*
J. Mark Ogden
R. Shawn Oller
Kristin R. Culbertson
LITTLER MENDELSON, P.C.

Attorneys for Defendant BAE Systems

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602 474 3600

1

2   I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

3

4

5   /s/  Kristin R. Culbertson

6

7   Firmwide:91268353.1 058490.1001

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602 474 3600

-2-